THE STATE EX REL. BELL, APPELLANT, *v.* UNIVERSITY
OF CINCINNATI HOSPITAL ET AL., APPELLEES.

[Cite as *State ex rel. Bell v. Univ. of Cincinnati
Hosp.* (1998), 83 Ohio St.3d 336.]

(No. 97–1693—Submitted August 19, 1998—Decided October 14, 1998.)

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker* and *Stephen P. Gast,* for appellant.

*Taft, Stettinius & Hollister* and *Joseph A. Rectenwald,* for appellee University of Cincinnati Hospital.

*Betty D. Montgomery,* Attorney General, and *Cheryl J. Nester,* Assistant Attorney General, for appellees Industrial Commission and Administrator, Bureau of Workers' Compensation.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.